```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF RHODE ISLAND
```

In re:

       RICHARD J. SANTAGATA          BK-18-11336
           Debtor                         CHAPTER 13

## OBJECTION TO ALLOWANCE OF CLAIM

      The trustee objects to the allowance of claim no. 15 filed by Parnters for Payment Relief DE II, LLC in the amount of $119,953.69 on the grounds that the mortgage which is the basis for the claim has been stripped under the Plan as set out in the Order Confirming Plan entered December 26, 2018 (Doc. No. 53) and is an unsecured claim. This debt was listed on the debtor's previous bankruptcy petition, BK-09-10647 filed February 25, 2009 and was discharged pursuant to the order entered June 2, 2009 (Doc. No. 14).

      Within fourteen (14) days if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail or other excepted means specified, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.

                                        /s/John Boyajian
                                        John Boyajian, Trustee
                                        400 Westminster St. Box 12
                                        Providence, RI 02903
                                        (401) 223-5550

<u>CERTIFICATION</u>

       I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Partners for Payment Relief DE II, LLC, 920 Cassatt Rd., Ste 210, Berwyn, PA 19312 and electronically mailed to Jack D. Pitts, Esq. at pittsburnslaw@pittsburnslaw.necoxmail.net and Keith McCarthy, Esq. at ribk@harmonlaw.com on January 2, 2018.

       /s/ Martha Hunt